1  PHILLIP A. TALBERT
United States Attorney
2  CHRISTOPHER D. BAKER
Assistant United States Attorney
3  4550 California Ave., Suite 640
Bakersfield, CA 93309
4  Telephone: (661) 489-6150
Facsimile:  (661) 489-6151
5

6  Attorneys for Plaintiff
United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT
9                       EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,          CASE NO.  1:22-CR-00132-JLT-SKO

12                    Plaintiff,       STIPULATION REGARDING EXCLUDABLE
                                       TIME PERIODS UNDER SPEEDY TRIAL ACT;
13              v.                     ORDER

14  HORACIO ORTEGA-MARTINEZ,           DATE: August 10, 2022
                                       TIME: 1:00 p.m.
15                    Defendant.       COURT: Hon. Magistrate Judge Sheila K. Oberto

16

17                               **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20       1.      By previous order, this matter was scheduled for a status conference on August 10, 2022.

21       2.      By this stipulation, the parties move to continue the status conference until August 31,

22  2022, or the Court's earliest convenience, and to exclude time from calculation under the Speedy Trial

23  Act between August 10, 2022, and August 31, 2022.

24       3.      The parties agree and stipulate, and request that the Court find the following:

25              a)      Initial discovery was provided to defendant on or about May 20, 2022, consisting

26  of 1,082 Bates-stamped items including wiretap data, reports of investigation, photographs,

27  recordings of post-arrest interviews, and a summary of defendant's criminal history.

28              b)      Counsel for defendant desires additional time to review discovery, consult with

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

her client, conduct investigation and research related to the charges, and to otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 10, 2022 to August 31, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 18, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ CHRISTOPHER D. BAKER
CHRISTOPHER D. BAKER
Assistant United States Attorney

Dated:  July 18, 2022

/s/ MELISSA A. BALOIAN
MELISSA A. BALOIAN
Counsel for Defendant
HORACIO ORTEGA-
MARTINEZ

**ORDER**

IT IS SO ORDERED.

DATED: 7/20/2022

_Sheila K. Oberto_
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3