PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HORACIO ORTEGA-MARTINEZ,<br>  aka Horacio Ortega-Diaz,<br><br>Defendant. | CASE NO.  1:22-CR-00132-JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE:March 13, 2023<br>TIME: 10:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 13, 2023.

2. By this stipulation, the parties agree to continue sentencing to March 20, 2023, due to the unavailability of counsel for the government due to out of town business the week of March 13.

3. The probation officer is available for sentencing on March 20, 2023.

/ / /

/ / /

/ / /

/ / /

STIPULATION AND PROPOSED ORDER                              1

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  February 13, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ KAREN A. ESCOBAR<br>KAREN A. ESCOBAR<br>Assistant United States Attorney |
| Dated:  February 13, 2023 | /s/ MELISSA B. BALOIAN<br>MELISSA B. BALOIAN<br>Counsel for Defendant<br>HORACIO ORTEGA-MARTINEZ |

**ORDER**

IT IS SO ORDERED.

Dated:   **February 14, 2023**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE