THE MATIAN FIRM A.P.C.
George K. Rosenstock (State Bar No. 117515)
3701 Wilshire Blvd., Suite 210
Los Angeles, CA 90010
Tel.: (323) 933-9500
Fax.: (323) 933-9524
Email: george@matianlegal.com

Attorneys for Defendant
HORACIO ORTEGA-MARTINEZ

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HORACIO ORTEGA-MARTINEZ,<br><br>Defendant. | No. 1:22-cr-00132-JLT-SKO<br><br><u>ORDER ON UNOPPOSED STIPULATION TO</u><br><u>CONTINUE SENTENCING HEARING DATE</u> |

The Court has read and considered the parties motion filed on March 13, 2023. Based on the facts set forth in the motion, the Court finds good cause to continue the defendant's sentencing hearing to April 17, 2023.

IT IS SO ORDERED.

Dated:  **March 13, 2023**

_____
UNITED STATES DISTRICT JUDGE