PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HORACIO ORTEGA-MARTINEZ, <br><br> Defendant. | CASE NO. 1:22-CR-00132-JLT-SKO <br><br> FINAL ORDER OF FORFEITURE |

On or about February 15, 2023, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 7 U.S.C. § 2156(e) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Horacio Ortega-Martinez forfeiting to the United States the following property:

    a.    Approximately 118 roosters, and

    b.    Approximately 49 hens.

Beginning on April 4, 2023, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

///

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the property:

    a. Randy Payan:  A notice letter was sent via certified mail to Randy Payan at 9451 Fritz St., Bakersfield, CA 93307 on April 24, 2023.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on April 27, 2023.

    b. Marlene Payan-Villa:  A notice letter was sent via certified mail to Marlene Payan-Villa at 9451 Fritz St., Bakersfield, CA 93307 on April 24, 2023.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on April 27, 2023.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-listed property pursuant to 7 U.S.C. § 2461(c) and 28 U.S.C. § 2461(c), including all right, title, and interest of Horacio Ortega-Martinez, Randy Payan, and Marlene Payan-Villa:

    a. Approximately 118 roosters, and

    b. Approximately 49 hens.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. Homeland Security Investigations or the U.S. Department of Agriculture shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **July 27, 2023**

                                                    _Jennifer L. Thurston_
                                                 UNITED STATES DISTRICT JUDGE